1

2

3

4   UNITED STATES DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6

7   LACHANA WILLIAMS, et al.,                    Case No.  13-cv-00508-JST

        Plaintiffs,

8

9       v.                                       **ORDER VACATING MOTION
                                                 HEARING**
10  UNITED STATES DEPARTMENT OF
    AGRICULTURE, et al.,                         Re: Dkt. No. 14

11      Defendants.

12

13      Before the Court is the Government's Motion to Dismiss for Lack of Jurisdiction.  Dkt. No.

14  14.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds

15  that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for

16  disposition without oral argument.  The hearing on this matter, currently scheduled for August 29,

17  2013, is hereby VACATED.

18      However, if any party advises the Court in writing by no later than two days from the date

19  of this Order that most or all of the argument for its side will be conducted by a lawyer who has

20  been licensed to practice law for four or fewer years, and who has not previously presented

21  argument before this Court, then the Court will reschedule the hearing at a time that is convenient

22  to all parties in order to provide that opportunity.  Any such notice should reflect the date or dates

23  on which the parties are available for the hearing.

24      **IT IS SO ORDERED**.

25  Dated: August 19, 2013

26  _____

27                          JON S. TIGAR
                    United States District Judge

28

United States District Court
Northern District of California